McGREGOR W. SCOTT
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JASON FLYNN,<br><br>           Defendant. | CR. S- 2:06-CR-0360 WBS<br><br>VIOLATIONS: 26 U.S.C.<br>§ 5861(d) - Possession of a<br>Destructive Device; 18 U.S.C.<br>§ 842(i) - Felon In Possession<br>of an Explosive |

I N D I C T M E N T

COUNT ONE:  [26 U.S.C. § 5861(d) - Possession of a Destructive Device]

     The Grand Jury charges:  T H A T

                    JASON FLYNN,

defendant herein, on or about July 26, 2006, in San Joaquin County, State and Eastern District of California, did knowingly possess a destructive device, to wit:  a hand-wired bomb containing Tovex, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

////

////

1

COUNT TWO: [18 U.S.C. § 842(i) - Felon in Possession of an Explosive]

The Grand Jury further charges: T H A T

JASON FLYNN,

defendant herein, on or about July 26, 2006, in San Joaquin County, in the Eastern District of California, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, possession of a controlled substance for sale, in violation of California Health and Safety Code §11378, in Stockton, California, on or about August 18, 1998, did knowingly possess an explosive, to wit, Tovex, which had been transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 842(i).

A TRUE BILL.



/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
vs.

## JASON FLYNN

---

## I N D I C T M E N T

**VIOLATION(S):** 26 U.S.C. § 5861(d) - Possession of a Destructive Device; 18 U.S.C. § 842(i) - Felon in Possession of an Explosive

---

*A true bill,*

_____/S/_____
                                    Foreman.

Filed in open court this ___31st___ day

of ___August___, A.D. 20 06

_____C. Schultz_____
                                    Clerk.

Bail, $ _Bench Warrant - Bail to be Determined at Hearing._

_____Dale A. Drozd____

---

GPO 863 525

## PENALTY SLIP

**JASON FLYNN**

**COUNT ONE**
VIOLATION: 26 U.S.C. § 5861(d) - Possession of a Destructive Device
PENALTY: Not more than $10,000 fine, or
Not more than 10 years imprisonment, or both
Not more than 3 years of supervised release

**COUNT TWO**
VIOLATION: 18 U.S.C. § 842(i) - Felon in Possession of an Explosive
PENALTY: Not more than $250,000 fine, or
Not more than 10 years imprisonment, or both
Not more than 3 years of supervised release

PENALTY
ASSESSMENT: $100.00 special assessment (each count)