# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR. S 06-360 WBS
)
**JASON EDWARD FLYNN** )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum                                                ( ) Ad Testificandum.
Name of Detainee:    JASON EDWARD FLYNN

Detained at (custodian):    **Deuel Vocational institution (DVI)**

Detainee is:    a.)    (X) charged in this district by:
                           (X) Indictment           ( ) Information           ( ) Complaint
                           Charging Detainee With:    **Possession of a Destructive Device**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary*    *FORTHWITH*    *in the Eastern District of California.*

                  Signature:    /s/ Philip A. Ferrari
                  Printed Name & Phone No:    PHILIP A. FERRARI    (916) 554-2744
                  Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
      (X) Ad Prosequendum                                             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/1/06
Date

                                                      Hon. DALE A DROZD
                                                      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male  X  Female | |
| Booking or CDC #: | CDC: T45786 | DOB: | X/XX/1977 |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95378 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                                    (Signature)