DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON EDWARD FLYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR S-06-360 WBS |
| Plaintiff, | ) | **AMENDED** |
| | ) | **STIPULATION AND [**~~PROPOSED~~**]** |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| JASON EDWARD FLYNN | ) | Date: January 22, 2007 |
| | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Phil Ferrari, and defendant Jason Edward Flynn, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for November 29, 2006 at 9:00 AM be vacated and a new date of January 22, 2007 at **8:30 AM** be set for status.  The defense has submitted a request for supplemental discovery and has been told by the government that it is forth coming.  Once it is received, defense counsel will need to go over the discovery with the client.

It is stipulated that the period from November 29, 2006 until

1

January 22, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                                        Respectfully submitted,
                                                        MCGREGOR SCOTT
                                                        United States Attorney

DATED: November 28, 2006    /s/ Phil Ferrari
                                          PHIL FERRARI
                                          Assistant U. S. Attorney

DATED: November 28, 2006    /s/ Ned Smock
                                            NED SMOCK
                                          Attorney for Defendant
                                          JASON EDWARD FLYNN

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: November 29, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE