DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON EDWARD FLYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>      v.                            )<br>                                    )<br>                                    )<br>JASON EDWARD FLYNN                  )<br>                                    )<br>                                    )<br>            Defendant.              )<br>_____) | No. CR S-06-360 WBS<br>**STIPULATION AND [**~~PROPOSED~~**]**<br>**ORDER**<br><br><br>Date: February 5, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Phil Ferrari, and defendant Jason Edward Flynn, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for January 22, 2007 at 8:30 AM be vacated and a new date of February 5, 2007 at 8:30 AM be set for status.  The defense is awaiting additional discovery that should be provided next week, and needs to schedule a time for the defendant to listen to audio tape.

It is stipulated that the period from January 22, 2007 until February 5, 2007 be excluded in computing the time within which trial

1

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                       Respectfully submitted,
                                       MCGREGOR SCOTT
                                       United States Attorney


DATED: January 19, 2007    /s/ Phil Ferrari
                                       PHIL FERRARI
                                       Assistant U. S. Attorney


DATED: January 19, 2007    /s/ Ned Smock
                                       NED SMOCK
                                       Attorney for Defendant
                                       JASON EDWARD FLYNN


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: January 19, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2